IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KITBAR ENTERPRISES, LLC | ) |
| And | ) |
| O'HAGAN MEYER, PLLC | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:17-CV-370-JAG |
| LIBERTY INSURANCE UNDERWRITERS, INC. | ) |
| Defendant. | ) |

## CONSENT ORDER TO TRANSFER VENUE

This matter comes before the Court on Motion of Defendant Liberty Insurance Underwriters, Inc., dated June 20, 2017, for an Order granting intra-district transfer of this case to the Alexandria Division of the United States District Court for the Eastern District of Virginia. (ECF No. 16). On July 11, 2017, Plaintiffs filed an opposition to Defendant's Motion to Transfer. (ECF No. 22). Plaintiffs agree to withdraw their opposition to Defendant's Motion to Transfer. Both parties now consent to a transfer of venue to the Alexandria Division of the United States District Court for the Eastern District of Virginia under 28 U.S.C. §1404(b) (authorizing the Court to transfer a civil action to any other division in the same district upon motion, consent or stipulation of all parties).

It is HEREBY ORDERED that venue in this case is transferred to the Alexandria Division of the United States District Court for the Eastern District of Virginia.

This the 10 day of October, 2017.

                         /s/ John A. Gibney, Jr.
                         JUDGE GIBNEY
                         United States District Judge
                         United States District Court

**WE CONSENT:**

**O'HAGAN MEYER, PLLC**
**AND KITBAR ENTERPRISES, LLC**

*/s/ Charles M. Sims*
Charles M. Sims (VA Bar # 35845)
H. Robert Yates, III, Esquire (VA Bar # 35617)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Tel: (804) 403-7100
Fax: (804) 237-0250
CSims@ohaganmeyer.com
RYates@ohaganmeyer.com

*Counsel for Plaintiffs*

**WE CONSENT:**

**LIBERTY INSURANCE**
**UNDERWRITERS, INC.**

*/s/ Matthew H. Sorenson*
Edward W. Cameron (VSB No. 29448)
Matthew H. Sorenson (VSB No. 65970)
CAMERON McEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com

*Counsel for Defendant*